UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

RAKIM YANCEY,
17B3223                    Plaintiff,             NOTICE OF MOTION
   v
                                                    Civil Action No.:  20-CV-6149
TIMOTHY PANCOE,
BRADLEY PIKE,
CHRISTOPHER KOSCH,
                   Defendants.
_____

| | |
|---|---|
| MOTION BY: | Defendants |
| DATE AND TIME: | _____ |
| RELIEF REQUESTED: | Motion to Dismiss |
| GROUNDS: | FRCP Rule 12(B)(6) |
| LOCATION: | _____ |
| | United States District Court for the Western District of New York<br>100 State Street<br>Rochester, New York 14614 |
| SUPPORTING PAPERS: | Attorney Declaration with Exhibit and Memorandum of Law |

    Defendants reserves the right to reply to any responding papers.


DATED:  June 11, 2020                        Timothy R. Curtin, Corporation Counsel

                                                     BY:  s/Spencer L. Ash_____
                                                         Spencer L. Ash, Esq., of Counsel
                                                         Attorneys for Defendants
                                                         30 Church Street, Room 400A City Hall
                                                         Rochester, New York 14614
                                                         Telephone: (585) 428-6699


TO:   Rakim Yancey – 17B3223
         Attica Correctional Facility
         P.O. Box 149
         Attica, NY 14011