UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RAKIM YANCEY,
17B3223            **Plaintiff,**

                                                  DECLARATION OF
      v                                           SPENCER L. ASH, ESQ.
                                                  IN SUPPORT OF DISMISSAL

TIMOTHY PANCOE,
BRADLEY PIKE,
CHRISTOPHER KOSCH,                   Civ. Action No. 20-cv-6149

                     **Defendants.**

Spencer L. Ash, Esq., declares and says, under penalty of perjury:

      1.      I am an Attorney with the City of Rochester's Law Department, admitted to practice law in the State of New York and before the Western District of New York and I am fully familiar with all of the facts and circumstances surrounding this matter, including those set forth herein.

      2.      This Declaration is made in support of Defendants' Motion to Dismiss.

      3.      Plaintiff was arrested on March 13, 2017.  See Exhibit A, Complaint.

      4.      Plaintiff's Complaint was served on the Sheriff's Office on May 22, 2020 and the Defendants were not served until May 27, 2020.  See Exhibit A.

      5.      Plaintiff has provided no evidence that he personally served any of the individual defendants within the three (3) year statute of limitations.

DATED: June 11, 2020                TIMOTHY R. CURTIN
                                                CORPORATION COUNSEL

                                                    /S/Spencer L. Ash

|     |     |
| --- | --- |
| BY: | Spencer L. Ash, of Counsel<br>*Attorneys for Defendants*<br>City Hall Room 400A, 30 Church Street<br>Rochester, New York 14614<br>(585) 428-6699 |

To: Rakim Yancey 17b3223
Attica Correctional Facility
PO Box 149
Attica, NY 14011

2