AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of New York

RAKIM YANCEY )
_____ )
Plaintiff )
)
v. )   Civil Action No.
TIMOTHY, PANCOE )
BRADLEY, PIKE )
CHRISTOPHER, KOSCH )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TIMOTHY PANCOE, 630 N. CLINTON AVE, ROCHESTER N.Y. 14605
HRISTOPHER KOSCH, 630 N. CLINTON AVE, ROCHESTER N.Y. 14605
BRADLEY PIKE, 185 EXCHANGE ST. ROCHESTER N.Y. 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, PRO SE whose name and address are: RAKIM YANCEY 17133223
ATTICA CORRECTIONAL FACILITY P.O.BOX
ATTICA N.Y. 14011-0149                                      149

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/12/20                          _____
                                        *Signature of Clerk or Deputy Clerk*

Revised 03/06 WDNY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.**    **Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. RAKIM YANCEY   17B3223
2. _____

-VS-

**B.**    **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. TIMOTHY PANCOE          4. _____
2. CHRISTOPHER KOSCH       5. _____
3. BRADLEY PIKE            6. _____

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: RAKIM YANCEY 17B3223

Present Place of Confinement & Address: ATTICA CORRECTIONAL FACILITY
P.O. BOX 149, ATTICA, N.Y. 14011

_____

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

_____

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

RAKIM LAMAR YANCEY
17B3223

**DEFENDANTS**

TIMOTHY PANCOE, CHRISTOPHER KOSCH, BRADLEY PIKE,

**(b)** County of Residence of First Listed Plaintiff    MONROE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   MONROE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | |
| | | ☒ 550 Civil Rights 1983 | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

Also in TORTS column:
**PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability, ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability, ☐ 368 Asbestos Personal Injury Product Liability
**PERSONAL PROPERTY** ☐ 370 Other Fraud, ☐ 371 Truth in Lending, ☐ 380 Other Personal Property Damage, ☐ 385 Property Damage Product Liability

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC SEC. 1983  4TH AMENDMENT  8TH AMENDMENT  VIOLATION

Brief description of cause:
SUFFERED PHYSICAL AND MENTAL INJURIES DUE TO EXCESSIVE FORCE

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  5,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*     JUDGE _____     DOCKET NUMBER _____

DATE _____     SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: TIMOTHY PANCOE

(If applicable) Official Position of Defendant: ROCHESTER POLICE SERGEANT

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 630 N. CLINTON AVE, ROCHESTER N.Y. 14605

Name of Defendant: CHRISTOPHER KOSCH

(If applicable) Official Position of Defendant: ROCHESTER POLICE OFFICER

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 630 N. CLINTON AVE, ROCHESTER N.Y. 14605

Name of Defendant: BRADLEY PIKE

(If applicable) Official Position of Defendant: ROCHESTER POLICE OFFICER

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 185 EXCHANGE ST. ROCHESTER, N.Y. 14614

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
    Yes____ No ✓

*If Yes, complete the next section.* NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

    _____

2.    Court (if federal court, name the district; if state court, name the county): _____

    _____

3.    Docket or Index Number: _____

4.    Name of Judge to whom case was assigned: _____

2

5.      The approximate date the action was filed: _____

6.      What was the disposition of the case?

   Is it still pending?  Yes____  No____

     If not, give the approximate date it was resolved. _____

   Disposition (check the statements which apply):

   ____ Dismissed (check the box which indicates why it was dismissed):

      ____   By court *sua sponte* as frivolous, malicious or for failing to state a claim
        upon which relief can be granted;

      ____   By court for failure to exhaust administrative remedies;

      ____   By court for failure to prosecute, pay filing fee or otherwise respond to a court
        order;

      ____   By court due to your voluntary withdrawal of claim;

   ____ Judgment upon motion or after trial entered for

     ____ plaintiff

     ____ defendant.


B.      Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

   Yes____   No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment,
use this same format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2.      District Court: _____

3.      Docket Number: _____

4.      Name of District or Magistrate Judge to whom case was assigned: _____

   _____

5.      The approximate date the action was filed: _____

6.      What was the disposition of the case?

   Is it still pending?  Yes____  No____

     If not, give the approximate date it was resolved. _____

3

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

     _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

     _____ By court for failure to exhaust administrative remedies;

     _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

     _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

     _____ plaintiff

     _____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983.  (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.   In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).  **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) MARCH 13TH, 2017

defendant (give the **name and position held** of **each defendant** involved in this incident) TIMOTHY PANCOE, ROCHESTER POLICE SERGEANT

did the following to me (briefly state what each defendant named above did): SAW MY CAR PARKED WRONGLY AND VERBALLY ACCOSTED ME SAYING "BLACK BOY, MOVE THE FUCKING CAR." WHEN I APPROACHED HIM TO ASK WHAT THE RACIST LAUNGUAGE WAS FOR HE EXITED HIS CAR AND MASED ME IN MY MOUTH, THEN BEAT ME WITH HIS BATON, HE EVEN KICKED ME WHILE I WAS ON THE GROUND

The constitutional basis for this claim under 42 U.S.C. § 1983 is: VIOLATION OF MY 4TH AND 8TH AMENDMENT, ALSO RACIAL DISCRIMINATION

The relief I am seeking for this claim is (briefly state the relief sought): $3,000,000 TOTAL, IN COMPENSATORY DAMAGES AND FOR HIM TO BE FIRED FROM HIS JOB AS A POLICE SERGEAN

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes _____ No  If yes, what was the result? IT IS STILL IN PROGRESS

Did you appeal that decision? _____ Yes _____ No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I AM STILL IN THE PROCESS OF PERFECTING MY APPEAL

A. **SECOND CLAIM:** On (date of the incident) MARCH 13TH 2017

defendant (give the **name and position held** of **each defendant** involved in this incident) CHRISTOPHER KOSCH AND BRADLEY PIKE BOTH ROCHESTER POLICE OFFICERS

did the following to me (briefly state what each defendant named above did): UPON ARRIVING ON THE SCENE PULLED ME FROM THE BACK OF THE POLICE CAR SLAMMED ME TO THE GROUND AND PROCEEDED TO MASE, BEAT, AND CHOKE ME, FRACTURING BOTH MY WRIST BOTH THUMBS, INJURING MY BACK, CHIPPING MY TOOTH ON THE PAVEMENT AND MULTIPLE CONTUSIONS AND ABRASIONS REQUIRING HOSPITAL

The constitutional basis for this claim under 42 U.S.C. § 1983 is: CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AMENDMENT

The relief I am seeking for this claim is (briefly state the relief sought): $2,000,000 IN COMPENSATORY DAMAGES AND THAT THEY ALSO BE FIRED FROM THEIR JOBS AS POLICE OFFICERS

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes _____ No  If yes, what was the result? THE PROCESS IS STILL ONGOING

Did you appeal that decision? _____ Yes _____ No  If yes, what was the result? _____

_Attach copies of any documents that indicate that you have exhausted this claim._

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

_Summarize the relief requested by you in each statement of claim above._

5,000,000 IN COMPENSATORY DAMAGES FOR INJURIES SUSTAINED IN INCIDENT AS WELL AS FOR FUTURE MEDICAL AND PHYCHIATRI TREATMENT, AND REMOVAL OF DEFENDANTS FROM OFFIC

Do you want a jury trial? Yes ✓ No _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2 - 2 - 20___

(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

7