## CERTIFICATION

I certify that on June 17, 2020, I electronically filed the foregoing Notice of Motion, Attorney Declaration with Exhibit, Memorandum of Law and Notice to Pro Se Litigant on behalf of the Defendants with the Clerk of the District Court using the CM/ECF system, with said notice of such filing being sent to Pro Se Plaintiff by mail to:

    Rakim Yancey – 17B3223
    Attica Correctional Facility
    P.O. Box 149
    Attica, NY 14011

    TIMOTHY R. CURTIN, Corporation Counsel

    BY: s/Spencer L. Ash_____
        SPENCER L. ASH, Esq., of Counsel
        Attorneys for Defendants
        30 Church Street, Room 400A City Hall
        Rochester, New York 14614
        Telephone: (585) 428-6699
        spencer.ash@cityofrochester.gov